# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| PATRICIA D. WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-131 |
| ) | (Phillips) |
| HILDA SOLIS, SEC'Y OF LABOR, ) | |
| U.S. DEP'T OF LABOR, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Motion for Summary Judgment [Doc. 9] by plaintiff Patricia D. Watson. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the Plaintiff's motion,

**IT IS ORDERED AND ADJUDGED** that Plaintiff take nothing, and that Plaintiff's complaint be **DISMISSED WITH PREJUDICE**.

Dated at Knoxville, Tennessee, this _____ day of September, 2010.

                                                        s/ Patricia L. McNutt
                                                          Clerk of Court